# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2995 Disciplinary Docket No. 3 |
| | : | |
| MARY MARGARET COWAN | : | No. 114 DB 2023 |
| | : | |
| | : | (Board of Immigration Appeals, No. |
| | : | D2017-0363) |
| | : | |
| | : | Attorney Registration No. 52373 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of December, 2023, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of reciprocal discipline, Mary Margaret Cowan is suspended from the practice of law in the Commonwealth of Pennsylvania consistent with the Amended Decision of the Board of Immigration Appeals filed July 7, 2023. She shall comply with the provisions of Pa.R.D.E. 217.